# FREDERICK W. STORING

## *v.*

## OLIVER W. ONLEY.

1. PRACTICE IN THE SUPREME COURT—*entering final judgment therein.* Where, in a proceeding by distress for rent, a general judgment was rendered and execution awarded upon the finding of the jury, the Supreme Court will reverse the judgment for the error, and, remand the cause with directions to the court below to enter a final order in conformity with the statute ; but the final order will not be entered in the appellate court.

2. FORMER DECISION. In *Alwood* v. *Mansfield,* 33 Ill. 452, which was a case of similar character, the final order was entered in the appellate court, but it is considered the better practice to remand the cause and let the final order be entered in the court below.

WRIT OF ERROR to the Circuit Court of Ogle county ; the Hon. WILLIAM W. HEATON, Judge, presiding.

The opinion of the court states the case.

Messrs. LELAND & BLANCHARD, for the plaintiff in error.

Mr. GEORGE C. CAMPBELL, for the defendant in error.

Per CURIAM : The only error complained of in this cause by the counsel for plaintiff in error is that a general judgment was rendered and execution awarded upon the finding of the jury, the proceeding being distress for rent. It is admitted by the counsel for defendant in error that this was error, and that the judgment must be reversed, but he asks that a final order be entered in this case as was done in *Alwood* v. *Mansfield,* 33 Ill. 458. It was afterward found, however, in that very case, that some practical inconveniences grew out of the

entry of the order in this court. We deem it the better practice and more convenient for parties, to reverse the judgment and remand the cause with instructions to the Circuit Court to enter a final order in conformity with the statute as explained in *Alwood* v. *Mansfield,* above cited. The judgment as entered is, therefore, reversed and the cause remanded, and the Circuit Court on the filing of the order of this court will enter the proper final order.

*Judgment reversed.*